# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**HORIZON AGGRESSIVE GROWTH, L.P.,**

    **Plaintiff,**

v.                                                                                  Case No.  8:03-cv-2356-T-30MSS

**ROTHSTEIN-KASS, P.A.,  et al.,,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Eleventh Circuit Court of Appeals mandate reversing this Court's order granting Defendants' motion to dismiss for lack of personal jurisdiction and remanding the case for further consideration.  In light of the Eleventh Circuit's mandate, the parties are hereby ORDERED to file, within twenty (20) days of the date of this Order, a memorandum addressing how they would like to proceed in this action.

**DONE** and **ORDERED** in Tampa, Florida on December 9, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2003\03-cv-2356.post appeal memo request.wpd