**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HORIZON AGGRESSIVE GROWTH, L.P.,**

    **Plaintiff(s),**

v.                                     CASE NO: 8:03-CV-2356-T-30MSS

**ROTHSTEIN-KASS, P.A., et al.,**

    **Defendant(s).**

_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Settlement and Request (Motion) for Dismissal (Dkt. #64). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    Said Motion (Dkt. #64) is GRANTED.

2.    This cause is dismissed with prejudice.

3.    All pending motions are denied as moot.

4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 13, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2003\03-cv-2356.dismissal.wpd*